Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Wayman W. Wade Jr.**
 Debtor(s)

Bankruptcy Case No.: 19–21443–GLT

Chapter: 13
Docket No.: 52 – 51
Concil. Conf.: January 14, 2021 at 09:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __13th____ day of __November_____, _2020_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class US Mail

on the respondent(s) at (list names and addresses here):

See attached mailing matrix

Executed on __November 13, 2020_____    /s/ Julie Frazee Steidl_____
          (Date)                                   (Signature)

Julie Frazee Steidl, Esq., Steidl & Steinberg, PC, 707 Grant Street, Gulf Tower, Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing          AMCA                                      Borough of Carnegie
0315-2                                    PO Box 1235                              Goehring, Rutter, and Boehm
Case 19-21443-GLT                         Elmsford, NY 10523-0935                  437 Grant Street, 14th Floor
WESTERN DISTRICT OF PENNSYLVANIA                                                   Frick Building
Pittsburgh                                                                         Pittsburgh, PA 15219-6101
Fri Nov 13 08:56:28 EST 2020

Borough of Carnegie                       Jennifer L. Cerce                        Chrysler Capital
Goehring, Rutter & Boehm                  Maiello Brungo & Maiello                 P.O. Box 961275
c/o Jeffery R. Hunt, Esq.                 Southside Works                          Fort Worth, TX 76161-0275
437 Grant Street, 14th Floor              424 S. 27th Street, Ste 210
Frick Building                            Pittsburgh, PA 15203-2380
Pittsburgh PA 15219-6101

William E. Craig                          Credit Management Company                David & Celeste Dewald
Morton and Craig LLC                      PO Box 16346                             1536 Roseberry Street
110 Marter Avenue                         2121 Noblestown Road                     Pittsburgh, PA 15216-2934
Suite 301                                 Pittsburgh, PA 15205-3956
Moorestown, NJ 08057-3125

Duquesne Light Company                    Duquesne Light Company                   Keri P. Ebeck
c/o Bernstein-Burkley, P.C.               PO Box 67                                Bernstein-Burkley
707 Grant Street, Suite 2200, Gulf Tower  Pittsburgh, PA 15267-0067                707 Grant Street
Pittsburgh, PA 15219-1945                                                          Suite 2200 Gulf Tower
                                                                                   Pittsburgh, PA 15219-1945

Eos Cca                                   FREEDOM MORTGAGE CORPORATION             First Premier Bank
Po Box 981008                             Bankruptcy Department,                   3820 N Louise Ave
Boston, MA 02298-1008                     10500 KINCAID DRIVE                      Sioux Falls, SD 57107-0145
                                          FISHERS IN 46037-9764

First Premier Bank                        Freedom Mortgage Corporation             Freedom Mortgage Corporation
Attn: Bankruptcy                          907 Pleasant Valley Ave                  Attn: Bankruptcy
Po Box 5524                               Mount Laurel, NJ 08054-1210              Po Box 50428
Sioux Falls, SD 57117-5524                                                         Indianapolis, IN 46250-0401

Goehring Rutter & Boehm                   Jeffrey R. Hunt                          LVNV Funding, LLC
c/o Jeffery R. Hunt, Esq.                 Goehring, Rutter & Boehm                 Resurgent Capital Services
437 Grant Street, 14th Floor              437 Grant Street                         PO Box 10587
Frick Building                            14th Floor                               Greenville, SC 29603-0587
Pittsburgh PA 15219-6101                  Pittsburgh, PA 15219-6107

MIDLAND FUNDING LLC                       McCarthy, Burgess & Wolff, Inc.          Brian Nicholas
PO Box 2011                               26000 Cannon Road                        KML Law Group, P.C.
Warren, MI 48090-2011                     Cleveland, OH 44146-1807                 701 Market Street
                                                                                   Suite 5000
                                                                                   Philadelphia, PA 19106-1541

North Shore Agency                        ONEMAIN                                  Office of the United States Trustee
270 Spagnoli Road, Suite 110              P.O. BOX 3251                            Liberty Center.
Melville, NY 11747-3515                   EVANSVILLE, IN 47731-3251                1001 Liberty Avenue, Suite 970
                                                                                   Pittsburgh, PA 15222-3721

OneMain Financial                         OneMain Financial                        PA American Water
Attn: Bankruptcy                          Po Box 1010                              P.O. Box 371412
601 Nw 2nd Street                         Evansville, IN 47706-1010                Pittsburgh, PA 15250-7412
Evansville, IN 47708-1013
```

| | | |
|---|---|---|
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Penn Hills School District<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road<br>Suite 3<br>Pittsburgh, PA 15235-4441 | Pennsylvania American Water<br>PO Box 578<br>Alton, IL 62002-0578 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Gas<br>PO Box 644760<br>Pittsburgh, PA 15264-4760 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 North Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quest Diagnostics Venture, LLC<br>P.O. Box 740717<br>Cincinnati, OH 45274-0717 | Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 |
| Santander Consumer USA<br>Po Box 961275<br>Fort Worth, TX 76161-0275 | Santander Consumer USA Inc. dba Chrysler Cap<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | Thomas Song<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 |
| Source Receivables Mgmy, Llc<br>Po Box 4068<br>Greensboro, NC 27404-4068 | Julie Frazee Steidl<br>707 Grant Street Suite 2830<br>Gulf Building.<br>Pittsburgh, PA 15219-1932 | Synchrony Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | UPMC Physician Services<br>PO Box 371980<br>Pittsburgh, PA 15250-7980 | Wayman W. Wade Jr.<br>19 Annabelle Street<br>Carnegie, PA 15106-3034 |
| S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (u)FREEDOM MORTGAGE CORPORATION | (d)Penn Hills School District<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road, Suite 3<br>Pittsburgh, PA 15235-4441 |

End of Label Matrix
Mailable recipients    52
Bypassed recipients     3
Total                  55