Case 19-21443-GLT    Doc 61    Filed 02/10/21    Entered 02/10/21 16:11:19    Desc Main
Document      Page 1 of 1

FILED
2/10/21 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.:  19-21443-GLT |
| | : | Chapter:    13 |
| Wayman W. Wade, Jr. | : | |
| | : | |
| | : | Date:   2/10/2021 |
| *Debtor(s).* | : | Time:   09:00 |

## PROCEEDING MEMO

*MATTER:*  #44 Motion for Relief from the Automatic Stay filed by Santander Consumer USA, Inc. dba Chrysler Capital
#50 Response filed by Debtor

*APPEARANCES*:
  Debtor:       Abagale Steidl
  Trustee:      Kate DeSimone
  Santander:    William Craig

*NOTES:* (9:06)

Craig: My client did not give me authorization to withdraw the motion. They requested a default clause based on payment to the trustee.

Steidl: We're reaching out to our client, we have to work through a translation service as the debtor is deaf.

Court: Why isn't there a wage order?

Steidl: I'm not sure, but if there isn't one I'll get one in place.

Court: Can the trustee confirm the payment status?

DeSimone: We have the last payment on February 4 for $1,153. Payments have been consistent since last October, there was a four month period where payments were spotty, but overall the payment history is consistent.

Steidl: Most of the debtor's income is through social security, and the timing doesn't work out for it to be withdrawn on the 4th of the month.

Court: The amended plan does materially change the outlook on this matter. But I am concerned about not being able to have a wage or bank account attachment in place. I find the creditor adequately protected by the plan (which has reduced payments under the CARES Act extension) and the Debtor is currently paying in excess of what is owed. I would be inclined to revisit this and conduct an additional hearing upon Santander's request if two or more monthly payment are missed.

*OUTCOME:*

1. Santander Consumer USA, Inc. dba Chrysler Capital's *Motion for Relief from the Automatic Stay* [Dkt. No. 44] is DENIED without prejudice. [Text Order to Issue]

**DATED:** 2/10/2021