**Form 151**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Wayman W. Wade Jr.**
   Debtor(s)

Bankruptcy Case No.: 19–21443–GLT

Chapter: 13
Docket No.: 64 – 63
Concil. Conf.: July 29, 2021 at 09:30 AM

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __17th__ day of __June__, __2021__, I caused to be served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class US Mail

on the respondent(s) at (list names and addresses here):

See attached mailing matrix.

Executed on __June 17, 2021__          /s/ Julie Frazee Steidl
            (Date)                                      (Signature)

Julie Frazee Steidl, Esq., Steidl & Steinberg, PC, 707 Grant Street, Gulf Tower, Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-21443-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Jun 17 09:55:08 EDT 2021 | AMCA<br>PO Box 1235<br>Elmsford, NY 10523-0935 | Borough of Carnegie<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| Borough of Carnegie<br>Goehring, Rutter & Boehm<br>c/o Jeffery R. Hunt, Esq.<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh PA 15219-6101 | Jennifer L. Cerce<br>Maiello Brungo & Maiello<br>Southside Works<br>424 S. 27th Street, Ste 210<br>Pittsburgh, PA 15203-2380 | Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 |
| William E. Craig<br>Morton and Craig LLC<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057-3125 | Credit Management Company<br>PO Box 16346<br>2121 Noblestown Road<br>Pittsburgh, PA 15205-3956 | David & Celeste Dewald<br>1536 Roseberry Street<br>Pittsburgh, PA 15216-2934 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Duquesne Light Company<br>PO Box 67<br>Pittsburgh, PA 15267-0067 | Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| Eos Cca<br>Po Box 981008<br>Boston, MA 02298-1008 | FREEDOM MORTGAGE CORPORATION<br>Bankruptcy Department,<br>10500 KINCAID DRIVE<br>FISHERS IN 46037-9764 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Freedom Mortgage Corporation<br>907 Pleasant Valley Ave<br>Mount Laurel, NJ 08054-1210 | Freedom Mortgage Corporation<br>Attn: Bankruptcy<br>Po Box 50428<br>Indianapolis, IN 46250-0401 |
| Goehring Rutter & Boehm<br>c/o Jeffery R. Hunt, Esq.<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh PA 15219-6101 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | McCarthy, Burgess & Wolff, Inc.<br>26000 Cannon Road<br>Cleveland, OH 44146-1807 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| North Shore Agency<br>270 Spagnoli Road, Suite 110<br>Melville, NY 11747-3515 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| OneMain Financial<br>Attn: Bankruptcy<br>601 Nw 2nd Street<br>Evansville, IN 47708-1013 | OneMain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 | PA American Water<br>P.O. Box 371412<br>Pittsburgh, PA 15250-7412 |

| | | |
|---|---|---|
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Penn Hills School District<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road<br>Suite 3<br>Pittsburgh, PA 15235-4441 | Pennsylvania American Water<br>PO Box 578<br>Alton, IL 62002-0578 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Gas<br>PO Box 644760<br>Pittsburgh, PA 15264-4760 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 North Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quest Diagnostics Venture, LLC<br>P.O. Box 740717<br>Cincinnati, OH 45274-0717 | Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 |
| Santander Consumer USA<br>Po Box 961275<br>Fort Worth, TX 76161-0275 | Santander Consumer USA Inc. dba Chrysler Cap<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | Thomas Song<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 |
| Source Receivables Mgmy, Llc<br>Po Box 4068<br>Greensboro, NC 27404-4068 | Julie Frazee Steidl<br>707 Grant Street Suite 2830<br>Gulf Building.<br>Pittsburgh, PA 15219-1932 | Synchrony Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | UPMC Physician Services<br>PO Box 371980<br>Pittsburgh, PA 15250-7980 | Wayman W. Wade Jr.<br>19 Annabelle Street<br>Carnegie, PA 15106-3034 |
| S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (u)FREEDOM MORTGAGE CORPORATION | (d)Penn Hills School District<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road, Suite 3<br>Pittsburgh, PA 15235-4441 |

**End of Label Matrix**
Mailable recipients    52
Bypassed recipients     3
Total                  55