FILED
8/30/21 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-21443 GLT |
| | ) | Chapter 13 |
| Wayman W. Wade, Jr., | ) | Related to Docket No. 68 |
| *Debtors* | ) | |
| | ) | |
| Wayman W. Wade, Jr., | ) | |
| *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondent* | ) | |

## ORDER OF COURT

AND NOW, to wit, this 30th day of August 2021, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, Wayman W. Wade, Jr., is hereby granted an extension until October 25, 2021 to secure financing for a vehicle, to file a Report of Financing and to file an Amended Chapter 13 Plan.

_____
GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
Debtor
Julie Steidl, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21443-GLT |
| Wayman W. Wade, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 2 |
| Date Rcvd: Aug 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayman W. Wade, Jr., 19 Annabelle Street, Carnegie, PA 15106-3034 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Carnegie jhunt@grblaw.com cnoroski@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Julie Frazee Steidl | on behalf of Debtor Wayman W. Wade Jr. julie.steidl@steidl-steinberg.com, leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 2 of 2 |
| Date Rcvd: Aug 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10