IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| WAYMAN W. WADE, JR., ) | |
| **Debtor(s)** ) | Bankruptcy No. 19-21443-GLT |
| ) | |
| SANTANDER CONSUMER USA INC. ) | Chapter 13 |
| dba CHRYSLER CAPITAL, ) | |
| **Movant** ) | |
| ) | Related To Document No. 87 |
| v. ) | |
| ) | |
| WAYMAN W. WADE, JR., ) | |
| **Respondent(s)** ) | |
| ) | |
| RONDA J. WINNECOUR, ) | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on November 19, 2021, I served by United States mail, first class, postage prepaid, the Default Order On Motion For Relief From Automatic Stay filed in this proceeding on:

Wayman W. Wade, Jr.
19 Annabelle Street
Carnegie, PA 15106
(Debtor)

Julie Frazee Steidl, Esq.
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(Attorney For Debtor)

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(Trustee)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(U.S. Trustee)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com