FILED
8/25/23 1:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Wayman W. Wade, Jr., | ) | Case No. 19-21443 GLT |
| *Debtors* | ) | Chapter 13 |
| | | Related to Docket No. 99 |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***:**

☐ a motion to dismiss case or certificate of default requesting dismissal

X a plan modification sought by:    Debtor

☐ a motion to lift stay as to creditor

☐ Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated
X Amended Chapter 13 Plan dated January 24, 2022

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

X Debtor's Plan payments shall be changed from $ 1,490.00   to
$ 1,665.00   per month, effective   August 2023  ; and/or the Plan term shall be changed from         months to        months. .

☐ In the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtors that he has 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest

may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor shall file and serve          on or before         .

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as          may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

X Other:    Peoples Natural Gas (Acct ending in 4883) is to be paid $72.00 per month effective August 2023 as a post-petition utility debt. Legal fees of $500.00 have been added.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 25th Day of August, 2023

Dated: August 25, 2023

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:                                                              Stipulated by:

/s/ Julie Frazee Steidl                                                /s/ James Warmbrodt
 Counsel to Debtors                                                  Counsel to Chapter 13 Trustee
Jullie Frazee Steidl, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 35937
juli.steidl@steidl-steinberg.com

Stipulated by:

/s/ Jeffrey Hunt
Counsel to affected creditor

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-21443-GLT
Wayman W. Wade, Jr.     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Aug 25, 2023     Form ID: pdf900     Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayman W. Wade, Jr., 19 Annabelle Street, Carnegie, PA 15106-3034 |
| 15030100 | + | David & Celeste Dewald, 1536 Roseberry Street, Pittsburgh, PA 15216-2934 |
| 15448078 | | Drivetime North Pittsburgh, 7211 McKnight Road, Pittsburgh, PA 15237-3509 |
| 15030101 | + | Duquesne Light Company, PO Box 67, Pittsburgh, PA 15267-0067 |
| 15426271 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 15030107 | + | McCarthy, Burgess & Wolff, Inc., 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 15048349 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15030113 | | Quest Diagnostics Venture, LLC, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15030118 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 25 2023 23:24:00 | Borough of Carnegie, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 25 2023 23:32:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 25 2023 23:24:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 25 2023 23:24:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 15030098 | | Email/Text: bkrpt@retrievalmasters.com | Aug 25 2023 23:24:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 15087812 | + | Email/Text: ebnjts@grblaw.com | Aug 25 2023 23:24:00 | Borough of Carnegie, Goehring, Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15449356 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 25 2023 23:24:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 15034393 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 25 2023 23:24:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15030099 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 25 2023 23:24:00 | Credit Management Company, PO Box 16346, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15070910 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 25 2023 23:24:00 | Duquesne Light Company, c/o Bernstein-Burkley, |

Case 19-21443-GLT   Doc 101   Filed 08/27/23   Entered 08/28/23 00:22:58   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2023 | Form ID: pdf900 | Total Noticed: 43 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15030102 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 25 2023 23:24:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 15071612 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 25 2023 23:24:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15030103 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 25 2023 23:32:53 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15030104 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 25 2023 23:45:23 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15426272 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 25 2023 23:24:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15030106 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 25 2023 23:24:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, Po Box 50428, Indianapolis, IN 46250-0401 |
| 15030105 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 25 2023 23:24:00 | Freedom Mortgage Corporation, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 15084234 | + | Email/Text: ebnjts@grblaw.com | Aug 25 2023 23:24:00 | Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15043913 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2023 23:46:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15053452 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2023 23:24:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15032778 | | Email/PDF: cbp@omf.com | Aug 25 2023 23:46:13 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15030110 | + | Email/PDF: cbp@omf.com | Aug 25 2023 23:45:40 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15030109 | + | Email/PDF: cbp@omf.com | Aug 25 2023 23:59:23 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15030111 | | Email/Text: csc.bankruptcy@amwater.com | Aug 25 2023 23:24:00 | PA American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15065739 | + | Email/Text: csc.bankruptcy@amwater.com | Aug 25 2023 23:24:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 15030112 | ^ | MEBN | Aug 25 2023 23:17:08 | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15057530 | + | Email/Text: ebnpeoples@grblaw.com | Aug 25 2023 23:24:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15068853 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2023 23:45:32 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15052522 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 25 2023 23:24:00 | Premier Bankard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15030115 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 25 2023 23:24:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15030114 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 25 2023 23:24:00 | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 15030116 | + | Email/Text: clientservices@sourcerm.com | Aug 25 2023 23:24:00 | Source Receivables Mgmy, Llc, Po Box 4068, Greensboro, NC 27404-4068 |
| 15030117 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 25 2023 23:32:49 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2023 | Form ID: pdf900 | Total Noticed: 43 |

| 15031062 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 25 2023 23:45:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15030119 | * | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15030120 | * | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15030121 | * | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15030108 | ##+ | North Shore Agency, 270 Spagnoli Road, Suite 110, Melville, NY 11747-3515 |

TOTAL: 1 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2023                Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Carnegie jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Julie Frazee Steidl | on behalf of Debtor Wayman W. Wade Jr. julie.steidl@steidl-steinberg.com, abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 4 of 4
Date Rcvd: Aug 25, 2023 Form ID: pdf900 Total Noticed: 43

S. James Wallace
          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Thomas Song
          on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

William E. Craig
          on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com
          mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11