**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/16/2024

IN RE:

| | |
|---|---|
| WAYMAN W. WADE, JR.<br>19 ANNABELLE STREET<br>CARNEGIE,  PA  15106<br>XXX-XX-2750          Debtor(s) | Case No.19-21443 GLT<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay  100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/16/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JCI HOME DESIGN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 0832 |
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br>TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PENN HILLS SD (PENN HILLS) (EIT)\*\***<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 28.22<br>COMMENT: 2750;07\*98.76@0%TTL/PL\*W/28 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2750 |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN  46037 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 0.00<br>COMMENT: PMT/DECL\*DKT4PMT-LMT\*BGN 5/19 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9136 |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER**<br>PO BOX 961278<br>FT WORTH, TX  76161 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 2-2<br>CLAIM: 4,328.13<br>COMMENT: RS/OE\*SURR/PL\*AMD CL=$0\*W/27 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6998 |
| **DAVID AND CELESTE DEWALD**<br>1536 ROSEBERRY ST<br>PITTSBURGH, PA  15216 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: GD 01 008262/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DUQUESNE LIGHT COMPANY(\*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 360.78<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7142 |
| **EOS CCA**<br>700 LONGWATER DR.<br>NORWELL, MA  02061 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~VERIZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2523 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC\*<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 626.62<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2155 |

---

**ONE MAIN FINANCIAL GROUP LLC A/S/F SPRING**
C/O ONE MAIN(*)
PO BOX 3251
EVANSVILLE, IN  47731-3251

Trustee Claim Number: 11  INT %: 0.00%
Court Claim Number: 1
CLAIM: 2,692.80
COMMENT: LOAN BGN 10/27/16

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 1299

---

**PA AMERICAN WATER(*) AKA AMERICAN WATER**
PO BOX 371412
PITTSBURGH, PA  15250

Trustee Claim Number: 12  INT %: 0.00%
Court Claim Number: 8
CLAIM: 101.16
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 3234

---

**PEOPLES NATURAL GAS CO LLC***
ATTN BANKRUPTCY DEPARTMENT
375 NORTH SHORE DR
PITTSBURGH, PA  15212

Trustee Claim Number: 13  INT %: 0.00%
Court Claim Number: 7
CLAIM: 1,173.13
COMMENT: NO$/SCH

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 4838

---

**QUEST DIAGNOSTIC VENTURE LLC**
PO BOX 740717
CINCINNATI, OH  45274

Trustee Claim Number: 14  INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 8267

---

**SOURCE RECEIVABLES MANAGEMENT**
PO BOX 4068
GREENSBORO, NC  27404

Trustee Claim Number: 15  INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: SPRINT/SCH

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 6273

---

**MIDLAND FUNDING LLC**
C/O MIDLAND CREDIT MANAGEMENT INC - AGENT
PO BOX 2011
WARREN, MI  48090

Trustee Claim Number: 16  INT %: 0.00%
Court Claim Number: 6
CLAIM: 7,082.11
COMMENT: SYNCHRONY/HOME DESIGN

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 0832

---

**UNIVERSITY OF PGH PHYSICIAN++**
POB 371980
PITTSBURGH, PA  15250-7980

Trustee Claim Number: 17  INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 1000

---

**UNIVERSITY OF PGH PHYSICIAN++**
POB 371980
PITTSBURGH, PA  15250-7980

Trustee Claim Number: 18  INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 1000

---

**UNIVERSITY OF PGH PHYSICIAN++**
POB 371980
PITTSBURGH, PA  15250-7980

Trustee Claim Number: 19  INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 1000

---

**UNIVERSITY OF PGH PHYSICIAN++**
POB 371980
PITTSBURGH, PA  15250-7980

Trustee Claim Number: 20  INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 1000

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **AMCA++** <br> 4 WESCHESTER PLAZA BLDG 4 <br><br> ELMSFORD, NY 10523 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **CMC** <br> POB 16346 <br><br> PITTSBURGH, PA 15242-0346 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **MCCARTHY BURGESS & WOLFF** <br> 26000 CANNON RD <br><br> CLEVELAND, OH 44146 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **NORTH SHORE AGENCY++** <br> 270 SPAGNOLI RD <br> STE 110 <br> MELVILLE, NY 11747 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **JOYCE MURIN** <br> 19 ANNEBELLE ST <br><br> CARNEGIE, PA 15106 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: /SCH H | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 408.38 <br> COMMENT: NT/SCH*FIRST PREMIER/ARROW FNCL*STALE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1925 |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER** <br> PO BOX 961278 <br><br> FT WORTH, TX 76161 | Trustee Claim Number: 27  INT %: 0.00% <br> Court Claim Number: 2-2 <br> CLAIM: 3,078.55 <br> COMMENT: NO GEN UNS/SCH*AMD*W/6 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6998 |
| **PENN HILLS MUNICIPALITY (EIT)**\*\* <br> C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE <br> FOXPOINT II <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA 15235 | Trustee Claim Number: 28  INT %: 0.00% <br> Court Claim Number: 4 <br><br> CLAIM: 70.54 <br> COMMENT: 2750;07*98.76@0%TTL/PL*W/4 | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 2750 |
| **GRB LAW**\*\* <br> C/O JEFFREY R HUNT ESQ - FOR PNG CO <br> 525 WILLIAM PENN PLACE STE 3110 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 29  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **FREEDOM MORTGAGE CORPORATION** <br> ATTN PAYMENT PROCESSING <br> 10500 KINCAID DR <br> FISHERS, IN 46037 | Trustee Claim Number: 30  INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 10,137.64 <br> COMMENT: $/CL-PL*THRU 4/19 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 9136 |

CLAIM RECORDS

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **PINNACLE CREDIT SERVICES LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 0.00<br>COMMENT: DISALLOWED/OE*NT/SCH*FOURSCORE/BENEFICIAL*CL=362 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3430 |
| **CARNEGIE BOROUGH (SWG)**<br>C/O JORDAN TAX SVC-DLNQ CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 0.00<br>COMMENT: 65-B-38;THRU 4/9/19*CL @ 169.66 W/DRAWN-DOC 34*ORDER @ DOC 35 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5B38 |
| **CARNEGIE BOROUGH (SWG)**<br>C/O JORDAN TAX SVC-DLNQ CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:33  INT %: 10.00%<br>Court Claim Number:13<br>CLAIM: 169.66<br>COMMENT: 65-B-38;THRU 4/9/19*$@10%/CL-PL*GU BAR TIMELY | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5B38 |
| **WILLIAM E CRAIG ESQ**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br>MOORESTOWN, NJ 08057 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SANTANDER/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BROCK & SCOTT PLLC***<br>3825 FORRESTGATE DR<br>WINSTON SALEM, NC 27103 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BRIDGECREST CREDIT COMPANY LLC**<br>PO BOX 29018<br>PHOENIX, AZ 85038 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 0.00<br>COMMENT: 163004648301*PMT/PL-CL*DT/PL*444.75x(51 REM MOS +2)=LMT*BGN 2/22 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 8301 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT/STIP*BGN 8/23 DISB*DK | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4883 |