**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WAYMAN W. WADE, JR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-21443 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/09/2019 and confirmed on 06/06/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 87,326.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 87,321.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,400.00 | |
| Trustee Fee | 4,294.06 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,694.06 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| FREEDOM MORTGAGE CORPORATION | 0.00 | 48,470.69 | 0.00 | 48,470.69 |
| Acct: 9136 | | | | |
| FREEDOM MORTGAGE CORPORATION | 10,137.64 | 6,598.87 | 0.00 | 6,598.87 |
| Acct: 9136 | | | | |
| CARNEGIE BOROUGH (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5B38 | | | | |
| CARNEGIE BOROUGH (SWG) | 169.66 | 94.31 | 91.89 | 186.20 |
| Acct: 5B38 | | | | |
| SANTANDER CONSUMER USA D/B/A CHR' | 4,328.13 | 4,328.13 | 1,257.80 | 5,585.93 |
| Acct: 6998 | | | | |
| | | | | 60,841.69 |
| Priority | | | | |
| JULIE FRAZEE STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WAYMAN W. WADE, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WAYMAN W. WADE, JR. | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 2,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN HILLS SD (PENN HILLS) (EIT)** | 28.22 | 0.00 | 0.00 | 0.00 |
| Acct: 2750 | | | | |
| PENN HILLS MUNICIPALITY (EIT)** | 70.54 | 0.00 | 0.00 | 0.00 |
| Acct: 2750 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 1,440.00 | 0.00 | 1,440.00 |
| Acct: 4883 | | | | |
| BRIDGECREST CREDIT COMPANY LLC | 0.00 | 17,345.25 | 0.00 | 17,345.25 |
| Acct: 8301 | | | | |
| | | | | 18,785.25 |
| **Unsecured** | | | | |
| DAVID AND CELESTE DEWALD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY(*) | 360.78 | 0.00 | 0.00 | 0.00 |
| Acct: 7142 | | | | |
| EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2523 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 626.62 | 0.00 | 0.00 | 0.00 |
| Acct: 2155 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F S | 2,692.80 | 0.00 | 0.00 | 0.00 |
| Acct: 1299 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN V | 101.16 | 0.00 | 0.00 | 0.00 |
| Acct: 3234 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,173.13 | 0.00 | 0.00 | 0.00 |
| Acct: 4838 | | | | |
| QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8267 | | | | |
| SOURCE RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6273 | | | | |
| MIDLAND FUNDING LLC | 7,082.11 | 0.00 | 0.00 | 0.00 |
| Acct: 0832 | | | | |
| UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1925 | | | | |
| SANTANDER CONSUMER USA D/B/A CHRY | 3,078.55 | 0.00 | 0.00 | 0.00 |
| Acct: 6998 | | | | |
| PINNACLE CREDIT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3430 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0832 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOYCE MURIN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 19-21443 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| WILLIAM CRAIG ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMCA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCARTHY BURGESS & WOLFF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORTH SHORE AGENCY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 79,626.94 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 98.76 |
| SECURED | 14,635.43 |
| UNSECURED | 15.115.15 |

Date: 05/06/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com